| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kaufman, Victoria S. | 2. Court or Organization<br><br>California - Bankruptcy Court | 3. Date of Report<br><br>08/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

7. Chambers or Office Address

United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Tennis Channel, salary |
| 2. | 2014 | ATP, Board member fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▨ | ▨ School Tuition | K |
| 2. | ▨ | ▨ Tuition | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan Chase accounts | | None | J | T | | | | | |
| 3. Trust # 1 | | | | | | | | | |
| 4. -- No reportable assets | | | | | | | | | |
| 5. Kaufman Investments LLC | C | Rent | L | U | | | | | |
| 6. Brokerage Acct. # 1 | | | | | | | | | |
| 7. -- Money Market Account (Mesirow Financial) | | None | L | T | Buy | 01/03/14 | K | | |
| 8. | | | | | Buy | 01/24/14 | K | | |
| 9. | | | | | Buy | 03/04/14 | K | | |
| 10. | | | | | Sold (part) | 03/27/14 | K | | |
| 11. | | | | | Sold (part) | 04/17/14 | K | | |
| 12. | | | | | Buy | 04/25/14 | J | | |
| 13. | | | | | Sold (part) | 09/18/14 | K | | |
| 14. | | | | | Sold (part) | 10/16/14 | K | | |
| 15. -- Connacher Oil & Gas Ltd. | | None | J | T | Sold (part) | 04/21/14 | J | | |
| 16. -- Kandi Technologies | | None | L | T | Sold (part) | 01/07/14 | K | E | |
| 17. | | | | | Sold (part) | 01/15/14 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 2/26/14 | K | E | |
| 19. -- Net 1 UEPS Tech | | None | K | T | Buy | 03/24/14 | K | | |
| 20. | | | | | Buy | 04/14/14 | K | | |
| 21. --North Atlantic Drilling | | None | J | T | Buy | 09/18/14 | K | | |
| 22. --Stealthgas, Inc. | | None | K | T | Buy | 10/16/14 | K | | |
| 23. -- Vantage Drilling | | None | J | T | | | | | |
| 24. Brokerage Acct. # 2 | | | | | | | | | |
| 25. -- Money Market Account (Goldman Sachs) | | None | N | T | | | | | |
| 26. | | | | | | | | | |
| 27. -- Chindex International, Inc. CMN | | None | | | Sold (part) | 04/21/14 | K | D | |
| 28. | | | | | Sold (part) | 08/18/14 | J | A | |
| 29. | | | | | Sold | 08/19/14 | K | D | |
| 30. -- Connacher Oil & Gas Ltd. | | None | | | Sold | 11/14/14 | J | | |
| 31. --Exco Resources | A | Dividend | J | T | Buy | 02/14/14 | J | | |
| 32. | | | | | Buy | 02/25/14 | J | | |
| 33. | | | | | Sold (part) | 05/05/14 | J | B | |
| 34. -- Forbes Energy Services | | None | | | Sold | 02/18/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Kandi Technologies Corp. | | None | L | T | Sold (part) | 01/02/14 | J | D | |
| 36. | | | | | Sold (part) | 01/03/14 | J | D | |
| 37. | | | | | Sold (part) | 01/07/14 | K | D | |
| 38. | | | | | Sold (part) | 01/13/14 | J | D | |
| 39. | | | | | Sold (part) | 01/21/14 | K | D | |
| 40. | | | | | Sold (part) | 02/28/14 | K | D | |
| 41. | | | | | Buy | 04/09/14 | J | | |
| 42. | | | | | Sold (part) | 06/20/14 | J | D | |
| 43.  -- Madalena Ventures Inc. | | None | | | Sold | 09/10/14 | J | | |
| 44.  -- MGT Capital Invts. Inc. | | None | | | Sold | 09/18/14 | J | | |
| 45.  -- Net 1 UEPS Technologies, Inc. CMN | | None | M | T | Buy | 01/13/14 | J | | |
| 46. | | | | | Buy | 01/21/14 | J | | |
| 47. | | | | | Buy | 04/01/14 | J | | |
| 48. | | | | | Buy | 04/02/14 | J | | |
| 49. | | | | | Buy | 04/29/14 | J | | |
| 50. | | | | | Buy | 05/05/14 | J | | |
| 51. | | | | | Sold (part) | 09/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Newfield Exploration Co. | | None | | | Sold | 06/12/14 | K | D | |
| 53. --Newlink Genetics | | None | J | T | Buy | 03/14/14 | J | | |
| 54. --North Atlantic Drilling | A | Dividend | J | T | Buy | 02/18/14 | K | | |
| 55. | | | | | Sold (part) | 04/02/14 | K | A | |
| 56. | | | | | Buy | 08/14/14 | J | | |
| 57. | | | | | Buy | 09/17/14 | K | | |
| 58. | | | | | Sold (part) | 09/18/14 | K | | |
| 59. | | | | | Buy | 09/23/14 | J | | |
| 60. | | | | | Buy | 10/06/14 | J | | |
| 61. | | | | | Buy | 11/14/14 | J | | |
| 62. | | | | | Buy | 11/24/14 | J | | |
| 63. | | | | | Buy | 12/04/14 | J | | |
| 64. | | | | | Sold (part) | 12/31/14 | J | | |
| 65. -- Premier Exhibitions CMN | | None | J | T | | | | | |
| 66. --Rice Bran Technol. | | None | J | T | Buy | 07/22/14 | J | | |
| 67. | | | | | Buy | 08/13/14 | J | | |
| 68. | | | | | Buy | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 12/30/14 | J | | |
| 70. -- Sandstorm Gold Ltd. | | None | | | Sold | 02/13/14 | K | A | |
| 71. -- Sigma Designs - Common | | None | J | T | Buy | 05/29/14 | J | | |
| 72. | | | | | Sold (part) | 06/17/14 | J | | |
| 73. -- Stealthgas, Inc. | | None | K | T | Buy | 05/30/14 | J | | |
| 74. | | | | | Buy | 08/27/14 | J | | |
| 75. | | | | | Buy | 08/28/14 | J | | |
| 76. | | | | | Buy | 10/16/14 | J | | |
| 77. | | | | | Sold (part) | 12/1/14 | J | | |
| 78. | | | | | Buy | 12/15/14 | J | | |
| 79. --Unilife Corp. | | None | J | T | Buy | 05/09/14 | J | | |
| 80. | | | | | Buy | 08/13/14 | J | | |
| 81. -- Vantage Drilling | | None | J | T | | | | | |
| 82. -- VHC (01/08/14) Puts | | None | | | Sold | 10/14/14 | J | B | |
| 83. --Virntex Holding | | None | J | T | Buy | 09/24/14 | J | | |
| 84. 529 Acct. # 1 | | | | | | | | | |
| 85. -- Passive Age Based Portfolio | | None | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Passive Conservative Portfolio | | None | J | T | | | | | |
| 87. 529 Acct. # 2 | | | | | | | | | |
| 88. -- Short Term Yield Portfolio A | | None | K | T | | | | | |
| 89. IRA # 2 | | None | J | T | | | | | |
| 90. --Central Gold Trust | | | | | Buy | 10/13/14 | J | | |
| 91. -- Van Eck Intl Invs Gold Fund | | | | | Sold | 10/13/14 | J | | |
| 92. IRA # 3 | | None | K | T | | | | | |
| 93. -- Ishares Gold Trust | | | | | | | | | |
| 94. -- Ishares Silver Trust | | | | | | | | | |
| 95. Annuity # 1 | | | | | | | | | |
| 96. -- Fidelity VIP Money Market | | None | K | T | | | | | |
| 97. Tennis Channel 401(K) | | None | M | T | | | | | |
| 98. -- AMCAP Fund | | | | | | | | | |
| 99. -- American Funds 2035 Target Date | | | | | | | | | |
| 100. -- American Funds Money Market Fund | | | | | | | | | |
| 101. -- Capital Income Builder | | | | | | | | | |
| 102. -- Capital World Growth & Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- New World Fund | | | | | | | | | |
| 104.  IRA # 4 | | | | | | | | | |
| 105.  --Gvt. MoneyMarket (Schwab) | None | | J | T | Buy | 01/24/14 | J | | |
| 106. | | | | | Redeemed | 02/18/14 | J | | |
| 107. | | | | | Buy | 08/18/14 | J | | |
| 108. | | | | | Redeemed (part) | 12/09/14 | J | | |
| 109.  -- Ishares Silver Trust | None | | J | T | | | | | |
| 110.  -- Pershing Gvt. Money Market (Centaurus Financial) | None | | | | Redeemed | 01/23/14 | J | | |
| 111.  --Resource Real Estate | None | | J | T | Buy | 12/08/14 | J | | |
| 112.  --Sierra Strategic Income | None | | J | T | Buy | 12/08/14 | J | | |
| 113.  -- Van Eck Intl. Invs. Gold Fund | None | | | | Sold | 08/14/14 | J | | |
| 114.  IRA # 5 | | | | | | | | | |
| 115.  --Ishares Gold Trust | None | | J | T | Buy | 08/04/14 | J | | |
| 116.  -- Van Eck Intl. Invs. Gold Fund | None | | | | Sold | 08/04/14 | J | | |
| 117.  IRA # 6 | | | | | | | | | |
| 118.  -- Ishares TIPS Bond ETF(formerly Ishares | None | | K | T | | | | | |
| 119.  -- Wells Fargo Insured Deposit (formerly RBS Citizens Insured Deposit) | None | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  IRA #7 | | | | | | | | | |
| 121.  --Community National Savings Account | | None | K | T | Open | 02/14/14 | K | | |
| 122.  --KBS Real Estate Inv. Trust II, Inc. | C | Dividend | K | T | Redeemed (part) | 09/23/14 | K | | |
| 123.  --Phillips Edison ARC Grocery | | None | K | T | Buy | 09/25/14 | K | | |
| 124.  Capital One account # 1 (formerly "ING") | A | Interest | M | T | | | | | |
| 125.  Capital One account # 2 (formerly "ING") | A | Interest | L | T | | | | | |
| 126.  Capital One account # 3 (formerly "ING") | A | Interest | K | T | | | | | |
| 127.  Annuity # 2 - John Hancock | | None | L | T | | | | | |
| 128.  UTMA Account # 1 | | | | | | | | | |
| 129.  --Ishares Gold Trust | | None | J | T | Buy | 08/14/14 | J | | |
| 130.  -- Oppenheimer Gold & Special Minerals | | None | | | Sold | 08/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaufman, Victoria S. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding income from Kaufman Investments, LLC, the 2014 K-1 indicates that the majority income was rental, and that is the reason I selected "Rent" for B(2). VII.5.

Regarding KBS Real Estate Inv. Trust II, Inc., it was moved from IRA #4 to IRA #7. VII. 122.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Victoria S. Kaufman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544